UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| MONICA VENESKY,<br><br>    Plaintiff,<br><br>v.<br><br>NORTHWEST AIRLINES, INC. and DELTA AIR LINES, INC.,<br><br>    Defendants. | No. 5:10-cv-4079<br><br>**NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT BY DEFENDANTS NORTHWEST AIRLINES, INC. AND DELTA AIR LINES, INC.** |

Defendants Northwest Airlines, Inc.[1] and Delta Air Lines, Inc. (collectively "Delta") and, pursuant to 28 U.S.C. §§ 1331, 1332, 1441 and 1446, submit this Notice of Removal and state as follows:

1.  On July 30, 2010, Plaintiff Monica Venesky filed a Petition in the District Court of Woodbury County, Iowa against Delta, styled: <u>Monica Venesky v. Northwest Airlines, Inc. v. Delta Air Lines, Inc.</u>, No. LACV142843 ("the Petition"). Pursuant to 28 U.S.C. § 1446(a) a true and correct copy of the Petition is attached hereto as Exhibit A.

2.  An Original Notice and the Petition was served on Delta on August 9, 2010 ("the State Court Action"). A true and correct copy of the Original Notice is attached hereto as Exhibit B.

3.  As Delta was served only on August 9, 2010, it has not yet filed its Answer or other Response to the Petition. In filing this Notice of Removal, Delta does not waive any defense or counterclaim that may be available to it. The Acceptance of Service is attached hereto as Exhibit C.

---

[1] Northwest Airlines, Inc. no longer exists as a corporate entity, as it merged into Delta Air Lines, Inc. effective December 31, 2009.

4. Plaintiff has pleaded claims under the Americans with Disabilities Act and the Iowa Civil Rights Act.

5. This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1331, and the action may, therefore, be removed to this Court pursuant to 28 U.S.C. § 1441(a) and (b) without regard to the amount in controversy or the citizenship of the parties. This Court also has supplemental jurisdiction over this civil action pursuant to 28 U.S.C. § 1367(a).

6. This Court also has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. § 1332(a).

7. On information and belief, Plaintiff is a citizen and resident of the State of Iowa.

8. Delta is a Delaware corporation with its principal place of business in the State of Georgia.

9. There is complete diversity of citizenship between Plaintiff and Delta.

10. Plaintiff seeks back pay and front pay benefits and damages for her alleged emotional distress; therefore, Delta reasonably believes the amount in controversy, exclusive of interest and costs, exceeds Seventy-Five Thousand Dollars ($75,000.00).

11. This Notice is filed with the Court within 30 days after service of the Petition on Delta.

12. A copy of this Notice of Removal is being filed in the Iowa District Court for Woodbury County.

WHEREFORE, Defendants give notice that the above-entitled action is removed from the Iowa District Court for Woodbury County to this Court.

/s/ Frank Harty
/s/ Debra L. Hulett
NYEMASTER, GOODE, WEST,
 HANSELL & O'BRIEN, P.C.
700 Walnut Street, Suite 1600
Des Moines, Iowa 50309-3899
Telephone: 515-283-3100
Facsimile: 515-283-8045
Email: fharty@nyemaster.com
Email: dlhulett@nyemaster.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2010, I presented the foregoing to the Clerk of the Court for filing and uploading into the ECF system, which will send notification of such filing to the following:

Douglas L. Phillips
Klass Law Firm, L.L.P.
Mayfair Center, Upper Level
4280 Sergeant Road, Suite 290
Sioux City, IA 51106


/s/ Debra L. Hulett

3
Case 5:10-cv-04079-MWB   Document 1   Filed 08/24/10   Page 3 of 3