# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| MONICA VENESKY,<br><br>        Plaintiff,<br>vs.<br><br>NORTHWEST AIRLINES, INC., and<br>DELTA AIR LINES, INC.,<br><br>        Defendants. | CASE NO. 5:10-cv-04079<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

COME NOW the parties, pursuant to F.R.Civ.P. 41(a)(1)(A)(ii) and stipulate to dismissal of this case, with prejudice. Each party is paying its own costs and attorney fees.

*(signature)*
Douglas L. Phillips
KLASS LAW FIRM, L.L.P.
Mayfair Center, Upper Level
4280 Sergeant Road, Suite 290
Sioux City, IA 51106
phillips@klasslaw.com
WWW.KLASSLAW.COM
712/252-1866
712/252-5822 fax
ATTORNEYS FOR PLAINTIFF

/s/ Debra L. Hulet
/s/ Frank Harty
Debra L. Hulett
Nyemaster, Goode, West, Hansell
& O'Brien, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309
Telephone: 515-283-3100
Facsimile: 515-283-8045
Email: fharty@nyemaster.com
Email: dlhulett@nyemaster.com

/s/ Marguerite H. Taylor
/s/ Sheandra R. Clark
Delta Air Lines, Inc.
Dept. 981
P.O. Box 20574
Atlanta, GA 30320-2574
Telephone: 404-715-2861
Telephone: 404-715-3613
Facsimile: 404-715-2233
Email: meg.taylor@delta.com
Email: shearnda.r.clark@delta.com
ATTORNEYS FOR NORTHWEST
AIRLINES, INC. AND DELTA AIR LINES,
INC.

**KLASS LAW FIRM, L.L.P.**

1